CT Corporation

**Service of Process Transmittal**
12/01/2017
CT Log Number 532390620

**TO:**  Jessica Roessel, Process Mgmt Analyst
PGIM Real Estate
Viewing Rights Only, 751 Broad Street
4th Floor
Newark, NJ 07102

**RE:**  **Process Served in Kentucky**

**FOR:**  The Prudential Insurance Company of America  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | James J. Robinson, Pltf. vs. The Prudential Insurance Company of America, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Union County Circuit Court, KY<br>Case # 17CI00215 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/01/2017 postmarked on 11/28/2017 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Rodney G. Davis<br>Davis Law, P.S.C.<br>230 North Second Street<br>P.O. Box 1060<br>Richmond, KY 40476<br>859-624-3380 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/01/2017, Expected Purge Date: 12/06/2017<br><br>Image SOP<br><br>Email Notification,  Legal Process Unit  legal.process.unit@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of  1 / DJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



TRISH TACKETT
CIRCUIT COURT CLERK
UNION CIRCUIT & DISTRICT COURT
UNION COUNTY COURTHOUSE ANN
121 SOUTH MORGAN STREET • P.
MORGANFIELD, KENTUCKY 42437

**CERTIFIED MAIL**



UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 006.77⁰
0001985723   NOV 28 2017
MAILED FROM ZIP CODE 42437

9414 7266 9904 2954 6954 36

**RETURN RECEIPT REQUESTED**



CT CORPORATION SYSTEM
306 W MAIN ST SUITE 512
FRANKFORT KY 40601

40601$1840 C003

| AOC-105          Doc. Code: CI | | CIVIL SUMMONS | Case No. 17-CI- 00215 |
| Rev. 1-07 | | | Court   ☑ Circuit  ☐ District |
| Page 1 of 1 | | | |
| Commonwealth of Kentucky | | | County   Union |
| Court of Justice   www.courts.ky.gov | | | |
| CR 4.02; CR Official Form 1 | | | |

**PLAINTIFF**

James                              J.                    Robinson

**VS.**

The Prudential Insurance Company of America

**DEFENDANT**

**Service of Process Agent for Defendant:**

CT Corporation System

306 West Main Street, Suite 512

Frankfort                                          Kentucky                    40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: **NOVEMBER 28** , 2 **017**          **TRISH TACKETT** _____Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

COMMONWEALTH OF KENTUCKY
UNION CIRCUIT COURT
DIVISION _____
CASE NO. 17-CI- **00215**

JAMES J. ROBINSON                                              PLAINTIFF


v.                                     **COMPLAINT**


THE PRUDENTIAL INSURANCE COMPANY OF AMERICA          DEFENDANT

\* \* \* \* \* \* \* \* \*

Comes now the Plaintiff, James J. Robinson, by counsel, for his cause of action herein states as follows:

1.      James J. Robinson is a resident of Union County, Kentucky with his residence at 2769 New Cedar Grove Church Road, Morganfield, Kentucky 42437.

2.      Defendant The Prudential Insurance Company of America ("Prudential") is a foreign corporation authorized to do business in Kentucky, and its agent for service of process is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

3.      This action is brought under 29 U.S.C. §§1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974, as amended (hereinafter "ERISA").

4.      This Court is a court of competent jurisdiction under 29 U.S.C. § 1132(e).

5.      The amount at issue exceeds the jurisdictional minimums of this Court.

6.      James J. Robinson worked at Sonoco Products Corporation until January 24, 2015. At all relevant times, Mr. Harold was a participant in Sonoco Products Corporation's Long-Term Disability Plan ("Plan").

7.      Plan is an employee welfare benefit plan within Title I of ERISA.

1

FILED

NOV 2 8 2017

UNION CIRCUIT/DISTRICT COURTS
BY:_____ D.C.

8.    On January 24, 2015, James J. Robinson became disabled from performing the material and substantial duties of his regular occupation.

9.    James J. Robinson applied for and ultimately received some disability benefits from Prudential due to his coronary artery disease, heart attack, depression, and anxiety, among numerous other conditions, that rendered him unable to work according to the terms of the Plan. James J. Robinson's physical and mental conditions have rendered him unable to engage in any meaningful employment for remuneration.

10.    James J. Robinson received disability benefits from Prudential for several months until Prudential arbitrarily and capriciously discontinued his long-term disability benefits.

11.    James J. Robinson appealed Prudential's decision to discontinue his long-term disability benefits and has, thus, exhausted his administrative remedies as required by the terms of the Plan and ERISA.

12.    Prudential confirmed its discontinuation and denial of James J. Robinson's disability benefits via correspondence dated November 23, 2016 and confirmed Mr. Robinson had exhausted his administrative remedies.

13.    Prudential arbitrarily and capriciously discontinued James J. Robinson's long-term disability benefits despite the weight of the medical evidence and the express opinions of James J. Robinson's treating physicians.

14.    James J. Robinson is entitled to certain benefits of the Plan consisting of past-due short and long-term disability benefits, including pre-judgment interest, retroactive to the day benefits were discontinued pursuant to 29 U.S.C. § 1132(a)(1)(B) until he reaches the age of 65.

2

15.     As a result of Prudential's discontinuation of benefits, James J. Robinson was required to incur attorney fees to pursue this action, and is entitled to have said fees paid by Defendant pursuant to 29 U.S.C. § 1132(g).

**WHEREFORE,** Plaintiff, James J. Robinson, demands judgment against the Defendant Prudential as follows:

1.     A declaration of this Court that James J. Robinson became disabled under the terms of the Plan beginning January 24, 2015 and continues to be disabled under the Terms of the Plan today;

2.     An award of past-due benefits in the amount owed to James J. Robinson from the date benefits were discontinued through the date of judgment, together with interest at an appropriate rate on each monthly payment from the date it was due until the date it is paid;

3.     For reasonable attorneys' fees incurred in this action;

4.     For such other relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED

DAVIS LAW, P.S.C.

RODNEY G. DAVIS
SARA R. ELROD
230 North Second Street
P.O. Box 1060
Richmond, Kentucky 40476
(859) 624-3380
(859) 624-0912 facsimile
rgd@davislawky.com
Attorneys for Plaintiff

3