# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| JAMES J. ROBINSON,<br><br>   Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | Case No. 4:17-cv-00164-JHM |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL PENDING DEADLINES

Plaintiff, James J. Robinson, and Defendant, The Prudential Insurance Company of America ("Prudential"), by and through the undersigned counsel, submit this joint notice of settlement and request for a stay of all pending deadlines, and state the following:

1. On April 18, 2018, the parties reached a settlement in principle.

2. As a result of reaching this settlement in principle, the parties request 45 days to finalize the form and content of the final settlement agreement. At or before the end of that 45 day time period, the parties intend to file with the Court formal documentation terminating this action.

3. The parties further request that all deadlines in this action be stayed pending the filing of the Joint Stipulation of Dismissal.

WHEREFORE, the parties jointly submit this notice of pending settlement and request this Court to enter an order to stay all deadlines and hearings until June 1, 2018.

- 2 -

**DATED: April 19, 2018**   Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA


By: */s/ Samuel Schwartz-Fenwick*
　　One of Its Attorneys


Samuel Schwartz-Fenwick (*pro hac vice*)
Megan E. Troy (*pro hac vice*)
SEYFARTH SHAW LLP - Chicago
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
312-460-5832
Fax: 312-460-7832
Email: sschwartzfenwick@seyfarth.com
Email: mtroy@seyfarth.com

P.J. Painter
QUINTAIROS, PRIETO, WOOD
 & BOYER, P.A.
9300 Shelbyville Road
Suite 400
Louisville, KY 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
E-mail: ppainter@qpwblaw.com


DAVIS LAW, P.S.C.

By:*/s/ Sara Elrod*
　　One of its Attorneys

Davis Law, P.S.C.
P.O. Box 1060
Richmond, KY 40476
Telephone: 859-624-3380
Facsimile: 859-624-0912

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL PENDING DEADLINES to be served upon the following, using the Court's ECF filing system on this 19th day of April, 2018:

>Rodney G. Davis
>Sara R. Elrod
>Davis Law, P.S.C.
>P.O. Box 1060
>Richmond, KY 40476
>Telephone: 859-624-3380
>Facsimile: 859-624-0912

By: */s/ Samuel Schwartz-Fenwick*
Attorney for Defendant

45859416v.1