**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| JAMES J. ROBINSON, | |
|        Plaintiff, | |
| v. | Case No. 4:17-CV-164-JHM-HBB |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
|        Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff James J. Robinson and Defendant The Prudential Insurance Company of America, by and through their respective undersigned counsel and pursuant to a Settlement Agreement between the parties, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

*/s/ Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 21, 2018

DATED:  May 10, 2018

Respectfully submitted,

By
/s/ *Samuel Schwartz-Fenwick*_____
Samuel Schwartz-Fenwick *(admitted pro hac vice)*
Megan E. Troy *(admitted pro hac vice)*
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60603
Telephone: (312) 460-5832
Facsimile: (312) 460-7832
Email: sschwartz-fenwick@seyfarth.com
Email: mtroy@seyfarth.com


PJ Painter
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
Email: ppainter@qpwblaw.com

*Attorneys for The Prudential Insurance Company of America*

By
/s/ *Sara R. Elrod*_____
Sara R. Elrod
Rodney G. Davis
Davis Law, P.S.C.
P.O. Box 1060
Richmond, KY 40476
Telephone: 859-624-3380
Facsimile: 859-624-0912
Email: selrod@davislawky.com
Email: rgd@davislawky.com

*Attorneys for Plaintiff*